AMERICAN SECURITY AND TRUST COMPANY, as Administrator, etc., of WILLIAM H. DRIGGS, Deceased, Appellant, v. LOUIS L. DRIGGS, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BELL G. LEVINSON, Respondent, v. LEO FINKENBERG, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE A. KERN, Respondent, v. HARRY W. GARING and Another, Appellants.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THOMAS A. MORRIS, Respondent, v. GORDON D. MILLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JACOB G. COHEN, Respondent, v. MORRIS WOLGEL, Doing Business under the Firm Name, etc., Appellant. Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

DOMENICO IANNONE, as Administrator, etc., of VINCENT IANNONE, Deceased, Respondent, v. THE WEBER-McLOUGHLIN COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs and interest, to the sum of $6,888.59; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORRIS KATZ, Respondent, v. BROOKLYN AND NORTH RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., and Smith, J., dissenting and voting for reversal and new trial, on the ground that the verdict is against the weight of the evidence.

PAUL HIRSCH, Respondent, v. NATHAN ABRAMS and Another, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, to the sum of $15,149.20; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WINTER GARDEN COMPANY, Respondent, v. DELL'S, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROBERT A. NORRISS, Respondent, v. NATIONAL DRAMA CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs upon the motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN J. KELLY, Appellant, v. DOMINICK MARINUCCI and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.